# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| WINFRED CLOWERS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: CV515-005 |
| | * | |
| v. | * | |
| | * | |
| OFFICER JONATHAN WORK, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which no Objections have been filed. Plaintiff's claims against Defendant in his official capacity are **DISMISSED**. Plaintiff's request for injunctive relief, dkt. no. 3, is **DENIED** at this stage. Plaintiff's excessive force and state law claims remain pending.

**SO ORDERED**, this 30 day of July, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)