# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| WINFRED CLOWERS, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-5 |
| v. | * | |
| OFFICER JONATHAN WORK, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's July 15, 2016 Report and Recommendation, dkt. no. 28, to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED** as the opinion of the Court. The Court **GRANTS** Defendant's Motion for Summary Judgment, dkt. no. 20, **DISMISSES** Plaintiff's Complaint, and **DENIES** Plaintiff leave to appeal *in forma pauperis*. All other pending Motions are **DISMISSED** as moot. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ____ day of ___August___, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
Rev. 8/82)